■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK HARRIS, Appellant. [10 NYS3d 438]—

Order, Supreme Court, New York County (Renee A. White, J.), entered on or about August 8, 2012, which adjudicated defendant a level two sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were outweighed by the seriousness of the underlying sex crimes committed against a child over a period of years, which raise valid concerns about a danger of recidivism, especially against children. We have considered and rejected defendant's remaining arguments. Concur—Tom, J.P., Renwick, Moskowitz, Manzanet-Daniels and Feinman, JJ.